DHP,MDL,Transferred_Out_District

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:25–cv–02961

ABC IP, LLC et al v. Nguyen
Assigned to: Judge George C Hanks, Jr
Cause: 28:1338 Patent Infringement

Date Filed: 06/26/2025
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP, LLC**
*a Delaware Limited Liability Company*

represented by   **Carl Edward Bruce**
Fish & Richardson PC
1717 Main St.
Suite 5000
Dallas, TX 75201
214–747–5070
Fax: 214–747–2091
Email: bruce@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francisco Javier Caycedo**
Adams and Reese LLP
1221 McKinney
Suite 4400
Houston, TX 77010
713–652–5151
Email: frank.caycedo@arlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Dean Bellamy**
Wood, Herron & Evans LLP
600 Vine St.
Suite 2800
Cincinnati, OH 45202
513–241–2324
Fax: 513–241–6234
Email: gbellamy@whe–law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Colvin**
Fish & Richardson PC
1717 Main St.
Suite 5000
Dallas, TX 75201
214–747–5070
Email: colvin@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin J. Christoff**
Fish & Richardson
1000 Maine Ave. SW
Suite 1000
Washington, DC 20024
202−626−7724
Email: christoff@fr.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Rare Breed Triggers, Inc**
*a Texas Corporation*

represented by  **Carl Edward Bruce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francisco Javier Caycedo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Dean Bellamy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Colvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin J. Christoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Steven Thanh Nguyen**
*doing business as*
Polymer Pew

represented by  **Harry Dale Langley , Jr**
The Langley Law Firm, P.C.
3345 Bee Caves Rd.
Suite 104
Austin, TX 78746
512−477−3830
Fax: 866−735−9129
Email: dlangley@iptechlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Skeriotis**
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road

Canton, OH 44718
330–352–4240
Fax: 330–434–8888
Email: jms@etblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Steven Thanh Nguyen**                     represented by   **Harry Dale Langley , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Skeriotis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**ABC IP, LLC**                             represented by   **Francisco Javier Caycedo**
*a Delaware Limited Liability Company*                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Dean Bellamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Rare Breed Triggers, Inc**                represented by   **Francisco Javier Caycedo**
*a Texas Corporation*                                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Dean Bellamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2025 | Ï 1 | COMPLAINT against All Defendants (Filing fee $ 405 receipt number ATXSDC–33660166) filed by ABC IP, LLC, Rare Breed Triggers, Inc. (Attachments: # 1 Exhibit Exhibit A, # 2 Civil Cover Sheet Civil Cover Sheet) (Caycedo, Francisco) (Entered: 06/26/2025) |
| 06/26/2025 | Ï 2 | MOTION to Appear Pro Hac Vice for Glenn D. Bellamy (Fee Paid: $100, receipt number ATXSDC–33665804) by ABC IP, LLC, Rare Breed Triggers, Inc, filed. Motion Docket Date 7/17/2025. (Caycedo, Francisco) (Entered: 06/26/2025) |

| | | |
|---|---|---|
| 06/26/2025 | Ï 3 | Request for Issuance of Summons as to Steven Thanh Nguyen, filed. (Caycedo, Francisco) (Entered: 06/26/2025) |
| 06/27/2025 | Ï | Referral Judge Selected: Magistrate Judge Dena Hanovice Palermo randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (anc4) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 4 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (anc4) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 5 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/17/2025 at 10:30 AM by video before Magistrate Judge Dena Hanovice Palermo. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (anc4) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 6 | US Patent and Trademark Office Notified. AO 120, filed. (Attachments: # 1 Complaint) (anc4) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 7 | Summons Issued as to Steven Thanh Nguyen. Issued summons delivered to plaintiff by NEF, filed. (dm4) (Entered: 06/27/2025) |
| 06/30/2025 | Ï 8 | ORDER granting 2 Motion for Glenn Bellamy to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge George C Hanks, Jr) Parties notified. (knp4) (Entered: 06/30/2025) |
| 07/02/2025 | Ï 9 | RETURN of Service of SUMMONS Executed as to All Defendants, filed. (Caycedo, Francisco) (Entered: 07/02/2025) |
| 07/10/2025 | Ï 10 | First CERTIFICATE OF INTERESTED PARTIES by ABC IP, LLC, filed. (Caycedo, Francisco) (Entered: 07/10/2025) |
| 08/07/2025 | Ï 11 | ANSWER to 1 Complaint with Jury Demand by Steven Thanh Nguyen, filed. (Attachments: # 1 Exhibit) (Langley, Harry) (Entered: 08/07/2025) |
| 09/05/2025 | Ï 12 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by ABC IP, LLC, filed. (Caycedo, Francisco) (Entered: 09/05/2025) |
| 09/16/2025 | Ï 13 | CERTIFICATE OF INTERESTED PARTIES by Steven Thanh Nguyen, filed. (Langley, Harry) (Entered: 09/16/2025) |
| 09/23/2025 | Ï | Minute Entry for proceedings held before Magistrate Judge Dena Hanovice Palermo. SCHEDULING CONFERENCE held on 9/23/2025. Appearances: Glenn Dean Bellamy, Harry Dale Langley, Jr.(ERO:Yes), filed. (clf4) (Entered: 09/23/2025) |
| 09/23/2025 | Ï 14 | SCHEDULING ORDER. Trial Term: February/March 2027. Docket Call set for 1/8/2027 at 03:00 PM in Courtroom 9C before Judge George C Hanks Jr (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (clf4) (Entered: 09/23/2025) |
| 10/17/2025 | Ï 15 | NOTICE of Appearance by John M. Skeriotis on behalf of Steven Thanh Nguyen, filed. (Skeriotis, John) (Entered: 10/17/2025) |
| 10/17/2025 | Ï 16 | AMENDED ANSWER to 1 Complaint with Jury Demand, COUNTERCLAIM against All Plaintiffs by Steven Thanh Nguyen, filed. (Attachments: # 1 Exhibit 1: Letter to G Bellamy Re Infringement, # 2 Exhibit 2: US Patent No. 7398723, # 3 Exhibit 3: Strbac Complaint) (Skeriotis, John) (Entered: 10/17/2025) |

| 11/07/2025 | 17 | ANSWER to 16 Amended Answer,, Counterclaim, by ABC IP, LLC, Rare Breed Triggers, Inc, filed. (Bellamy, Glenn) (Entered: 11/07/2025) |
|---|---|---|
| 01/13/2026 | 18 | MOTION to Amend 1 Complaint by ABC IP, LLC, Rare Breed Triggers, Inc, filed. Motion Docket Date 2/3/2026. (Attachments: # 1 Exhibit A– Clean Copy, # 2 Exhibit B– Patent 784) (Bellamy, Glenn) (Entered: 01/13/2026) |
| 02/23/2026 | 19 | NOTICE of Appearance by Carl E. Bruce on behalf of ABC IP, LLC, Rare Breed Triggers, Inc, filed. (Bruce, Carl) (Entered: 02/23/2026) |
| 02/23/2026 | 20 | NOTICE of Appearance by Matthew A. Colvin on behalf of ABC IP, LLC, Rare Breed Triggers, Inc, filed. (Colvin, Matthew) (Entered: 02/23/2026) |
| 02/23/2026 | 21 | MOTION to Appear Pro Hac Vice for Ben Christoff (Fee Paid: $100, receipt number ATXSDC–35162960) by ABC IP, LLC, Rare Breed Triggers, Inc, filed. Motion Docket Date 3/16/2026. (Christoff, Benjamin) (Entered: 02/23/2026) |
| 02/24/2026 | 22 | ORDER granting 21 Motion for Ben Christoff to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge George C Hanks, Jr) Parties notified. (knp4) (Entered: 02/24/2026) |
| 04/02/2026 | 23 | JPML TRANSFER ORDER transferring case to Eastern District of Texas to be included in MDL Docket No. 3176. (ltg4) (Entered: 04/22/2026) |
| 04/22/2026 |  | Interdistrict transfer to Eastern District of Texas. Case transferred electronically. (ltg4) (Entered: 04/22/2026) |