**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-MD-03176-ALM**<br><br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    *Plaintiffs,*<br><br>       v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>    *Defendants.* | Civil No. 4:26-CV-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    *Plaintiffs,*<br><br>       v.<br><br>HANES TACTICAL, LLC and DAMIEN BENNETT,<br><br>    *Defendants.* | Civil No. 4:26-CV-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    *Plaintiffs,*<br><br>       v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>    *Defendants.* | Civil No. 4:26-CV-00379-ALM |

<table>
<tr><td>

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

   *Plaintiffs,*

       v.

STEVEN THANH NGUYEN, d/b/a POLYMER PEW,

   *Defendant.*

</td><td>

Civil No. 4:26-CV-00425-ALM

</td></tr>
<tr><td>

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

   *Plaintiffs,*

v.

Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,

   *Defendant.*

</td><td>

Civil No. 4:26-CV-00367-ALM

</td></tr>
<tr><td>

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

   *Plaintiffs,*

v.

AS Designs, LLC, *et al.*,

   *Defendants.*

</td><td>

Civil No. 4:26-CV-00370-ALM

</td></tr>
</table>

**DEFENDANT'S MOTION FOR JOINDER IN AND ADOPTION OF DEFENDANTS'
MOTION TO STAY PRELIMINARY INJUNCTION PENDING RESOLUTION OF
FEDERAL CIRCUIT APPEALS**

Defendants 80 Mills LLC, Pearson Gardner, Hanes Tactical, LLC, Damion Bennett, DNT

LLC, Zach Morrow, Harrison Gunworks, Tyler Harrison, Steven Nguyen and Z3 Productions,

LLC, AS Designs, LLC, Matt Karlovic and Calvin Olson (the "Joining Defendants")  respectfully

2

move for joinder in and adoption of Defendants' Motion to Stay Preliminary Injunction Pending Resolution of Federal Circuit Appeals, filed on June 4, 2026[1] (the "Joined Motion").

Plaintiffs filed a consolidated preliminary-injunction motion in the MDL on May 29, 2026. The Joined Motion asks the Court to stay Plaintiffs' preliminary-injunction request pending the Federal Circuit's rulings in *ABC IP LLC v. Peak Tactical LLC*, No. 26-1527 (Fed. Cir.), and *Timothy Hoffman v. ABC IP, LLC*, No. 26-1775 (Fed. Cir.). The Joined Motion identifies the Joining Defendants (except for Defendants AS Designs, LLC, Matt Karlovic and Calvin Olson) as defendant groups subject to Plaintiffs' consolidated preliminary-injunction-related filings and was filed as part of a coordinated set of substantively identical or nearly identical motions across the underlying actions. Defendants AS Designs, LLC, Matt Karlovic and Calvin Olson are also joining in this Motion to stay the preliminary injunction filed against them on April 27, 2026 (Dkt. # 28).

The Joining Defendants agree with, join in, and adopt the arguments, authorities, and requested relief in the Joined Motion. This short joinder avoids duplicative briefing and confirms that the Joined Motion is asserted by and on behalf of the Joining Defendants.

To the extent necessary, the Joining Defendants respectfully request that the Court deem the Joined Motion filed by and on behalf of the Joining Defendants and grant the Joining

---

[1] "Defendants' Motion to Stay Preliminary Injunction Pending Resolution of Federal Circuit Appeals" was filed in the following cases on June 4, 2026: ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER, Civil No. 2:26-CV-00056-ALM, Dkt. # 44; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH, Civil No. 2:26-CV-00053-ALM, Dkt. # 41; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PROSOURCE FIREARMS, LLC, Civil No. 2:26-CV-00055-ALM, Dkt. # 41; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. SUPERIOR FIREARMS OF TEXAS, LLC, Civil No. 2:26-CV-00058-ALM, Dkt. # 43. ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. MARS TRIGGER, LLC, and PETER BRENNEN, Civil No. 2:26-CV-00030-ALM, Dkt. # 38; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. OPTICS PLANET, INC., d/b/a ECENTRIA, Civil Action No. 4:26-cv-00521-ALM, Dkt. # 60.

Defendants the same relief requested therein, including staying Plaintiffs' PI Motion and preliminary-injunction-related deadlines pending resolution of the Federal Circuit appeals identified in the Joined Motion.

The Joining Defendants reserve all rights, defenses, objections, and arguments, including the right to supplement or file defendant-specific opposition if the Court sets a later schedule for preliminary-injunction proceedings.

## CONCLUSION

For these reasons, the Joining Defendants respectfully request that the Court grant this Motion for Joinder and Adoption and such other relief as the Court deems just and proper.

Dated: June 8, 2026

*/s/ John M. Skeriotis*
John M. Skeriotis
Ohio Bar No. 0069263
Sergey Vernyuk
Ohio Bar No. 0089101
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
Tel: (330) 434-9999
Fax: (330) 434-8888
E-mail: jms@etblaw.com
          sv@etblaw.com
*Counsel for the Joining Defendants*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for Defendants conferred with counsel for Plaintiffs regarding the relief requested in the Joined Motion. Specifically, on June 2, 2026, counsel for the Atrius Customer Defendants (Ed Chin, Christian Hurt, Brandon Merrill, Garrett Griggs, Conor Civins), Defendant Optics Planet, Inc. (Scott Burow, Grace Beach), and Defendants 80Mills LLC, Pearson Gardner, DNT LLC, Zach Morrow, Hanes Tactical LLC, Damion Terrell Bennett, Harrison Gunworks LLC, Tyler Harrison, Steven Thanh Nguyen, and Z3 Productions, LLC, AS Designs, LLC, Matt Karlovic and Calvin Olson (John Skeriotis, Sergey Vernyuk) conferred with counsel for Plaintiffs (Ben Christoff, Jory Hoffman) via video conference. During the conference, counsel discussed the relief requested in the Joined Motion. Plaintiffs indicated during the June 2, 2026 conference that they oppose the requested relief. The parties did not reach an agreement, and discussions ended in impasse. This Motion for Joinder and Adoption seeks no additional substantive relief beyond the relief requested in the Joined Motion.

/s/ *John M. Skeriotis*
John M. Skeriotis

5