# EXHIBIT U

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:13:12 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:13:34 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:02 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:27 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:56 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:15:30 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:17:39 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:18:03 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Captured by FireShot Pro: 20 April 2026, 04:18:47 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:19:10 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:20:09 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Captured by FireShot Pro: 20 April 2026, 04:20:31 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



### Rare Breed Firearms's Post

**Logan Wise**
super safety is way cheaper
4h   Like   Reply

**Darious Barnette**
Why yall sue my boy tho
2d   Like   Reply   👍 1

**John Saunders**
Definitely need an Ak one. The current options are pretty lame.
2d   Like   Reply

**Craig McDonald**
Thoughts on one for the Kuna?
2d   Like   Reply   Edited

**Vince Harris**
Its broke!! Or did you change something?
2d   Like   Reply

**Neal Walker**
I lost my Ambi safety selector. RB doesn't have any to order for replacement 😢

Write a comment...

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:21:31 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:21:56 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...

## Rare Breed Firearms's Post

 **Rare Breed Firearms** is in **Wichita Falls, TX**.
April 21 at 9:58 PM · 🎵 Jump (2015 Remaster) · Van Halen ·

Go ahead and jump!

#RareBreedTriggers #FRT #ForcedReset #ForcedResetTrigger #ForceTheReset



 Write a comment...

   

**Captured by FireShot Pro: 23 April 2026, 09:25:11 AM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



Captured by FireShot Pro: 23 April 2026, 09:25:46 AM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...



Captured by FireShot Pro: 23 April 2026, 09:26:13 AM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...



Captured by FireShot Pro: 23 April 2026, 09:28:44 AM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:40:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:41:34 PM
https://getfireshot.com

**Page 1**
**Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:41:58 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:42:52 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:43:35 PM
https://getfireshot.com

**Page 1**
**Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...

**Rare Breed Firearms's Post**

**Austin Guidry**
Jack Daughtry they have mil spec levers. I ordered 2. One for my 733 comando build. And one spare for another retro build.

Thank you. Your order has been received!

Order number:
Date:
May 16, 2026
Total:
$82.84

1w    Like    Reply

**Jack Daughtry**
Austin Guidry worry about the fit, if it is slotted right

1w    Like    Reply

**Austin Guidry**
Jack Daughtry they are recut for the RB

1w    Like    Reply    1

Reply to Austin Guidry...

**David G. Breed**
This one has an FRT - drop in - 100%!

Write a comment...

Rare Breed Firearms is in Wichita Falls, TX

**Captured by FireShot Pro: 26 May 2026, 03:44:46 PM**
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:45:38 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:59 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:48:28 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:07:13 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:35:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



### Rare Breed Firearms's Post

**Larry Eans**
I want two stat! MP5 MK18 But my company is going thru a merger and not sure of the future of employment. Good thing I witnessed how hard Lawrence fought for us and his dream of the FRT. he will be around for decades and my time will come!

Thank you for the lengthy fight Lawrence and the Rare Breed family that stood by the company during hard times.

It's not easy standing alone as Daniel in front of the Giant. But you did!

**Isaiah Webster**
What lower is this?

**Lance Geist**
C'mon meow! Where's the micro Scorpion FRT??? Chop chop. Like yesterday.

**Bryan C. Davis**
When is the AK version coming out? Thought they were in production?

**Aj Voohries**
They look amazing! Im so looking forward to the other one yall are working on....AR10 FRT. Hot damn!!! 😄😄

**Rickey Manes**
Will this work on my 9

Freedom Ordnance FX9P4-T FX-9 4 Fluted Muzzle Enhancer Sling
MPN: FX9P4-T | UPC: 856169007394
(2) Reviews | (11) Questions | Write a Review

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:36:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:37:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:41 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:23 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:55 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:02:54 PM
https://getfireshot.com

**Page 1**
**Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:49 PM
https://getfireshot.com