# EXHIBIT V

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



126    Reply

• 10 replies ∨

**@kalashnikovmania2074** 5 months ago
AS Designs customer service department is top notch.
No questions asked when the rear lug supplied with their Jakl trip kit fractured and broke.
I had a replacement in 3 days shipped .

158    Reply

8 replies ∨

**@ACEE-ee2xr** 4 months ago
Every AR-15 and derivative that is produced at this time in history should come with one of these from the factory. It's the logical thing to do tbh. I'm a cheap guy when it comes to guns and if I knew the rifle I was getting could do this I would pay a few hundred dollars more for that. 💯

30    Reply

4 replies ∨

**@merlin704** 5 months ago (edited)
Super Safety AND Tactical Capris together in one video? I don't think my heart can handle all this excitement!

29    Reply

**@edjecollins4141** 5 months ago
They have been out of stock for a while and after this and other videos, the demand will drastically increase while supplies are always low. I always love your videos BTW.

62    Reply

• 10 replies ∨

**@MaddhatterAce** 5 months ago
He has the need, the need for super safe speed.

17    Reply

**@vicdiaz5180** 5 months ago
The stumble in the intro was priceless 😄

22    Reply

**@XxShadow101xX** 5 months ago
That's awesome! I was dreading having to spend $450 on full semi-automatic, and i'd loveeeeee a nice budget-friendly one like this. Some day i'll get an actual belt-fed upper and have the LMG-at-home i've dreamed of!

10    Reply

**@NuevoMéxico444** 5 months ago
Looks like it runs really well and that's a great setup for a battle rifle

28    Reply

**@calebcrockett1085** 5 months ago
Have seen nothing but good things on these. Atrius also makes a 3 position selector that I've heard people have decent luck with and you don't have to run a SS cut trigger. IMO everyone should buy one because "common use" is definitely a friend of the people.

30    Reply

7 replies ∨

**@mikeyunovapix7181** 4 months ago
I found out they're making a slip trip kit for the BRN180 upper. It will soon be entirely possible to functionally recreate the AR-18. I would love nothing more than to build up such a rifle with this Super Safety, a nice folding stock, and tricked out with nice accessories.

Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

13:23    Sawtooth Tactical
22K views • 5 months ago

25:18    Married Teacher Raped 13-Year-Old Student
Law&Crime Network ✔
1M views • 3 weeks ago

Parents Discover Their Daughter Is A Mass Killer

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



👍 2  👎    Reply

@SocialistHub 5 months ago
I recently got a Regulator with a 3 position trigger selector. Great stuff

👍 25  👎    Reply

2 replies ⌄

@ryewaldman2214 5 months ago
We are all Jerry Miculek on this Blessed Day!

👍 2  👎    Reply

@ngrlvr6223 5 months ago
I just picked up my very first AR on Friday.

1h40m from picking it up to successfully dry fire testing the super safety 👍 - and that's cutting my own trigger with NO jig and rounding my own detent.

Read more

👍 3  👎    Reply

@roycox193 5 months ago
The wait time for these will increase dramatically now

👍 23  👎    Reply

7 replies ⌄

@130shooter1 5 months ago
I wish one of these companies would make a 45/90 safety. I am looking forward to the kit for the scar from AS Designs though

👍 4  👎    Reply

@Saltpork305 5 months ago
YouTube tried to hide this from me, despite commenting on every video because you make great content. I have a cheap a4 clone this would be perfect for.

👍 2  👎    Reply

@humansvd3269 5 months ago
Got my Atrius to work after blood, sweat, and tears. But I wish this was around before I got it. Oh well, more choices if I get another rifle.

👍 4  👎    Reply

**Dr Insanity** ✓
14M views • 8 months ago

**OnlyFans Mom Leaves Toddler to Starve With Dead Baby**
EXPLORE WITH US ✓
5.3M views • 1 month ago

**The Toxic Justin Bieber Love Triangle**
Patrick Cc: ✓
1.4M views • 11 months ago

**Redacted Arms SUPER SAFETY - The Coolest Thing Since The …**
Sawtooth Tactical
32K views • 8 months ago

**Killer Husband Realizes His Kids Saw Everything**
Midwest Safety ✓ and Interrogation File…
3M views • 2 months ago

**Which barrel length is best for an AR-15? We perform the …**
Garand Thumb ✓
2.7M views • 2 years ago

**How to cut a trigger for a Super Safety**
Redacted Arms LLC
50K views • 1 year ago

Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com