# EXHIBIT W

‹   **Rare Breed Firearms's post**   •••



1d   **Like**   **Reply**   **Hide**                    1

The comment Rare Breed Firearms is replying to has been deleted.

   ✏ **Author**
**Rare Breed Firearms**
Reid Jared Tyndall - Come back and share pics!

19h   **Like**   **Reply**                    1

The comment Reid is replying to has been deleted.

   **Reid Jared Tyndall**
Rare Breed Firearms solid copy! I'll be ordering one soon!

20h   **Like**   **Reply**   **Hide**                    1

   Write a reply...

   **Nate Hudson**
Wait is the FRT-15C3 based on the super safety by using the cam? You just made it so you still have the drop in trigger that takes the cam.

1d   **Like**   **Reply**   **Hide**                    2

◯   Comment as Rare Breed...