# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>    Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>    Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00379-ALM |
|     Plaintiffs, | |
| v. | |
| HARRISON GUNWORKS LLC, and TYLER HARRISON, | |
|     Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00425-ALM |
|     Plaintiffs, | |
| v. | |
| STEVEN THANH NGUYEN, d/b/a POLYMER PEW, | |
|     Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00367-ALM |
|     Plaintiffs, | |
| v. | |
| Z3 PRODUCTIONS, LLC, d/b/a Z3PRO, | |
|     Defendant. | |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO CERTAIN DEFENDANTS'
MOTION FOR JOINDER IN AND ADOPTION OF MOTION TO HOLD PLAINTIFFS'
CONSOLIDATED MOTION FOR PRELIMINARY INJUNCTION IN ABEYANCE**

Plaintiffs ABC IP, LLC, and Rare Breed Triggers, Inc., (collectively, "Plaintiffs") hereby notify the Court that they do not oppose Defendants' Motions for Joinder in and Adoption of Defendants' Motion to Hold Plaintiffs' Consolidated Motion for Preliminary Injunction in Abeyance (the "Joinder Motions"), filed on June 8, 2026 by defendants 80 Mills LLC, Pearson Gardner, Hanes Tactical, LLC, Damion Bennett, DNT LLC, Zach Morrow, Harrison Gunworks, Tyler Harrison, Steven Nguyen, and Z3 Productions, LLC (the "Joining Defendants").[1]  While Plaintiffs do not oppose joinder, they maintain their opposition to Defendants' Motions to Hold Plaintiffs' Consolidated Motion for Preliminary Injunction in Abeyance (the "Abeyance Motions")[2], to which the Joinder Motions relate.   Further, Plaintiffs oppose the Joining Defendants' independent participation in briefing and/or argument related to the Abeyance Motions.  This notice is limited to the joinder issue and does not constitute a waiver of any other objection or defense.

---

[1] *See ABC IP, LLC, et al., v. 80Mills LLC, et al.*, No. 26-cv-00380, Dkt. No. 49 (E.D. Tex. June 8, 2026); *ABC IP, LLC, et al., v. Hanes Tactical LLC, et al.*, No. 26-cv-00369, Dkt. No. 50 (E.D. Tex. June 8, 2026); *ABC IP, LLC, et al., v. Harrison Gunworks LLC, et al.*, No. 26-cv-00379, Dkt. No. 43 (E.D. Tex. June 8, 2026); *ABC IP, LLC, et al., v. Nguyen*, No. 26-cv-00425, Dkt. No. 36 (E.D. Tex. June 8, 2026); *ABC IP, LLC, et al. v. Z3 Productions, LLC*, No. 26-cv-00367, Dkt. No. 54 (E.D. Tex. June 8, 2026); *Rare Breed Triggers, Inc., et al. v. DNT LLC, et al.*, No. 26-cv-00377, Dkt. No. 51 (E.D. Tex. June 8, 2026).

[2] *See ABC IP, LLC et al. v. Mister Guns, LLC et al.*, No. 26-cv-00056, Dkt. No. 45 (E.D. Tex. June 4, 2026); *ABC IP, LLC et al. v. PistolCap Ltd. Co., et al.*, No. 26-cv-00053, Dkt. No. 42 (E.D. Tex. June 4, 2026); *ABC IP, LLC et al. v. Prosource Firearms, LLC*, No. 26-cv-00055, Dkt. No. 42 (E.D. Tex. June 4, 2026); *ABC IP, LLC et al. v. Superior Firearms of Texas*, No. 26-cv-00058, Dkt. No. 44 (E.D. Tex. June 4, 2026); *ABC IP, LLC et al. v. Optics Planet Inc.*, No. 4:26-cv-00521, Dkt. No. 61 (E.D. Tex. June 4, 2026); *ABC IP, LLC et al. v. MaRs Trigger, LLC, et al.*, No. 26-cv-00030, Dkt. No. 39 (E.D. Tex. June 4, 2026).

DATED: June 22, 2026  Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
        bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 22, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin