**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** **MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., Plaintiffs, v. 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER, Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., Plaintiffs, v. CHRISTOPHER COPE, Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., Plaintiffs, v. DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW, Defendants. | Civil Action No. 4:26-cv-00377-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>     Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>     Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLY-MER PEW,<br><br>     Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO, | Civil Action No. 4:26-cv-00367-ALM |

Defendant.

**ABC IP, LLC AND RARE BREED TRIGGERS, INC.'S REPLY TO
DEFENDANTS' NON-RESPONSE IN OPPOSITION TO
<u>CONSOLIDATED MOTION FOR EXPEDITED DISCOVERY</u>**

Defendants did not oppose Plaintiffs' Motion for Preliminary Injunction, and they did not oppose this Motion for Expedited Discovery.  The deadlines to do so have passed. These Defendants' silence resolves both motions.

First, the preliminary injunction should be entered as to these Defendants as unopposed.  Under this District's rules, a defendant's failure to respond carries a consequence: "A party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion."  E.D. Tex. L.R. CV-7(d).  These Defendants have offered no opposition and no evidence.  With the preliminary injunction unopposed as to these Defendants, no issues remain for expedited discovery to develop.  This Motion is therefore moot as to them.

Second, if the Court does not enter the injunction by default, this Motion should be granted as to these Defendants for the same reason: it is unopposed.  These Defendants did not respond to it.  Local Rule CV-7(d) confirms that their silence is presumed to reflect no opposition.  Having declined to be heard, these Defendants provide no basis to deny the Motion or to withhold the requested expedited discovery.

For these reasons, Plaintiffs respectfully request that the Court enter the preliminary injunction as to these Defendants as unopposed and deny this Motion as moot or, in the alternative, grant the Motion as to these Defendants as unopposed.

1

DATED: July 6, 2026                    Respectfully submitted,

                                       */s/ Matthew A. Colvin*
                                       Matthew A. Colvin
                                       Texas Bar No. 24087331
                                       Carl E. Bruce
                                       Texas Bar No. 24036278
                                       **FISH & RICHARDSON P.C.**
                                       1717 Main Street, Suite 5000
                                       Dallas, TX 75201
                                       E-mail: colvin@fr.com
                                               bruce@fr.com
                                       Tel: (214) 747-5070
                                       Fax: (214) 747-2091

                                       Benjamin J. Christoff
                                       DC Bar No. 1025635
                                       **FISH & RICHARDSON P.C.**
                                       1000 Maine Avenue SW, Suite 1000
                                       Washington, DC 20024
                                       E-mail: christoff@fr.com
                                       Tel: (202) 783-5070
                                       Fax: (202) 783-2331

                                       Glenn D. Bellamy *(admitted pro hac vice)*
                                       **WOOD HERRON & EVANS LLP**
                                       600 Vine Street, Suite 2800
                                       Cincinnati, OH 45202
                                       E-mail: gbellamy@whe-law.com
                                       Tel: (513) 707-0243
                                       Fax: (513) 241-6234

                                       Melissa R. Smith
                                       Texas State Bar No. 24001351
                                       **GILLAM & SMITH, LLP**
                                       303 South Washington Avenue
                                       Marshall, Texas 75670
                                       Tel: (903) 934-8450
                                       Fax: (903) 934-9257
                                       E-mail: melissa@gillamsmithlaw.com

                                       *Attorneys for Plaintiffs*
                                       *ABC IP, LLC and Rare Breed Triggers, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 6, 2026, to all counsel of record via electronic mail.

/s/ Matthew A. Colvin
Matthew A. Colvin

3