**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,** | ) )  ) | **CASE NO.: 4:26-CV-00425 ALM** |
| **and** | ) ) | |
| **RARE BREED TRIGGERS, INC., a Texas corporation,** | ) ) ) | |
| Plaintiffs. | ) ) | |
| **v.** | ) ) | |
| **Steven Thanh Nguyen, an individual, d/b/a Polymer Pew,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING MOTION TO WITHDRAW**

On this date, the Court considered the Motion to Withdraw filed by Francisco J. Caycedo and finding the Motion is supported by good cause,

IT IS ORDERED that Francisco J. Caycedo and the law firm of Adams and Reese, LLP are granted leave to withdraw as attorney of record for Plaintiffs.

_____          _____
            DATE                                              AMOS L. MAZZANT, III
                                                                    CHIEF DISTRICT JUDGE