**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company,** )<br>)<br>)<br>**and** )<br>)<br>**RARE BREED TRIGGERS, INC., a Texas corporation,** )<br>)<br>)<br>**Plaintiffs.** )<br>)<br>**v.** )<br>)<br>**Steven Thanh Nguyen, an individual, d/b/a Polymer Pew,** )<br>)<br>)<br>**Defendant.** ) | **CIVIL NO.: 4:26-CV-00425 ALM** |

**CORRECTED MOTION TO WITHDRAW**

The undersigned counsel, Francisco J. Caycedo, asks this Court to allow him to withdraw as attorney for Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. The undersigned previously served as local counsel while this matter was pending in the Southern District of Texas, Houston Division.  Now that the matter has been transferred to the Eastern District, the undersigned seeks to withdraw.

The Plaintiffs will continue to be represented by Glenn D. Bellamy of Wood Herron & Evans, LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202, as well as Carl Edward Burce, Matthew Alan Colvin and Ben Christoff of  Fish & Richardson, P.C., 1000 Maine Avenue SW, Suite 1000, Washington, DC 20024.The withdrawal of the undersigned counsel is supported by good cause as his services as local counsel in the Southern District of Texas are no longer required

and his withdrawal will help conserve costs. The Plaintiffs approve this withdrawal, and it will not result in any delay or prejudice to any parties.

For these reasons, the undersigned respectfully requests that the Court enter an order approving the withdrawal of Francisco J. Caycedo and Adams and Reese, LLP.

DATED: July 20, 2026

Respectfully submitted,

ADAMS AND REESE LLP

By:     */s/ Francisco J. Caycedo*
Francisco J. Caycedo
Texas State Bar No. 24040664
S.D. Tex. No. 36976
frank.caycedo@arlaw.com
1221 McKinney, Suite 4400
Houston, Texas 77010
Telephone: (713) 652-5151
Facsimile: (713) 652-5152

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel of record and they are unopposed to the foregoing motion.

*/s/ Francisco J. Caycedo*
Francisco J. Caycedo

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on July 20, 2026.

*/s/ Francisco J. Caycedo*
Francisco J. Caycedo