**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

RARE BREED TRIGGERS, INC., and ABC IP, LLC,

Plaintiffs,

v.

STEVEN THANH NGUYEN, d/b/a POLYMER PEW,

Defendant.

CASE NO.: 4:26-CV-00425-ALM

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Plaintiffs Rare Breed Triggers, Inc, and ABC, IP, LLC, in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: August 19, 2026

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, August 19, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith