**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br>Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br>Defendants. | Civil Action No. 4:26-cv-00369-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br><br>Defendant. | Civil Action No. 4:26-cv-00367-ALM |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' UNTIMELY OPPOSITIONS TO PLAINTIFFS' CONSOLIDATED MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s (collectively, "Plaintiffs") Motion to Strike Defendants 80Mills LLC d/b/a Tactical Titan Supply, Pearson Gardner, DNT LLC d/b/a Deez Nutz Tactical, Zach Morrow, Hanes Tactical, LLC, Damion Terrell Bennett, Harrison Gunworks LLC, Tyler Harrison, Steven Thanh Nguyen d/b/a Polymer Pew, and Z3 Productions, LLC d/b/a Z3Pro's Untimely Oppositions to Plaintiffs' Consolidated Motion for Preliminary Injunction. Having considered the Motion, the supporting briefing and exhibits, and applicable law, the Court concludes that the Motion should be granted.

It is therefore **ORDERED** that Motion to Strike Defendants' Untimely Oppositions to Plaintiffs' Consolidated Motion for Preliminary Injunction is **GRANTED**.

It is further **ORDERED** that Defendants' Untimely Oppositions to Plaintiffs' Consolidated Motion for Preliminary Injunction and their supporting declarations identified in Schedule A be stricken from the record.

**IT IS SO ORDERED.**

## SCHEDULE A

| No. | Action | Dkts. | Defendants |
|---|---|---|---|
| 1 | *ABC IP, LLC v. 80Mills LLC d/b/a Tactical Titan Supply*, Case No. 4:26-cv-00380-ALM | 67–70 | 80Mills LLC, d/b/a Tactical Titan Supply; Pearson Gardner |
| 2 | *ABC IP, LLC v. DNT LLC, d/b/a Deez Nutz Tactical*, Case No. 4:26-cv-00377-ALM | 78–81 | DNT LLC, d/b/a Deez Nutz Tactical; Zach Morrow |
| 3 | *ABC IP, LLC v. Hanes Tactical, LLC*, Case No. 4:26-cv-00369-ALM | 67–70 | Hanes Tactical, LLC; Damion Terrell Bennett |
| 4 | *ABC IP, LLC v. Harrison Gunworks LLC*, Case No. 4:26-cv-00379-ALM | 60–63 | Harrison Gunworks LLC; Tyler Harrison |
| 5 | *ABC IP, LLC v. Steven Thanh Nguyen, d/b/a Polymer Pew,* Case No. 4:26-cv-00425-ALM | 56–59 | Steven Thanh Nguyen d/b/a Polymer Pew |
| 6 | *ABC IP, LLC v. Z3 Productions, LLC,* d/b/a Z3 Pro, Case No. 4:26-cv-00367-ALM | 71–74 | Z3 Productions, LLC, d/b/a Z3 Pro |