**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE: RARE BREED TRIGGERS PATENT LITIGATION** | **4:26-MD-03176-ALM**<br>**MDL 3176** |
| **ABC IP, LLC, a Delaware Limited Liability Company, And Rare Breed Triggers, Inc., a Texas Corporation,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Steven Thanh Nguyen, d/b/a Polymer Pew,**<br><br>**Defendant.** | **Case No. 4:26-CV-00425-ALM** |

## ORDER

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers' Motion for Leave to File Second Amended Complaint (the "Motion for Leave" - Dkt. #26). The Court, having considered the Motion for Leave, response, reply, and the applicable law, finds that the Motion for Leave should be **GRANTED in part and DENIED in part,** as set forth herein.

It is hereby **ORDERED** that Plaintiffs' request to assert additional patents is **GRANTED.**

It is further **ORDERED** that Plaintiffs' request to add claims related to newly discovered accused products is **DENIED.**

It is further **ORDERED** that Plaintiffs' request to add RBTM LLC as a Plaintiff is **DENIED.**

It is further **ORDERED** that Plaintiffs' request to add trademark, false designation of origin, and unfair competition claims for Defendants' use of the registered trademarks relating to the name "FRT" in connection with the goods in question is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE