**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |

**UNOPPOSED MOTION TO WITHDRAW**

Attorneys John M. Skeriotis and Sergey Vernyuk of Emerson, Thomson & Bennett, LLC ("ETB") respectfully move to withdraw as counsel for Defendant Steven Thanh Nguyen, d/b/a Polymer Pew ("Mr. Nguyen") under Local Rule CV-11(c). In support, the undersigned states as follows:

1. ETB has represented Mr. Nguyen in this multidistrict litigation, *In re Rare Breed Triggers Patent Litigation*, No. 4:26-md-03176-ALM, and in the member case, *ABC IP, LLC, et al. v. Steven Thanh Nguyen, d/b/a Polymer Pew*, Civil Action No. 4:26-cv-00425-ALM.

2. Mr. Nguyen has retained J. Tyler Boyce of King & Spalding LLP to represent him going forward, and Mr. Boyce has entered his appearance (Dkt. #74).

3. Mr. Nguyen requested and consents to the withdrawal of ETB and to the substitution of King & Spalding LLP as his counsel.

4. The requested withdrawal and substitution will not prejudice any party or delay these proceedings.

For these reasons, the undersigned respectfully requests that the Court grant this motion and permit John M. Skeriotis and Sergey Vernyuk of ETB to withdraw as counsel of record for Mr. Nguyen.

Dated: September 30, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*
John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile

*Withdrawing Counsel For Defendant*
*Steven Thanh Nguyen, D/B/A Polymer Pew*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel has complied with the meet-and-confer requirement in Local Rule CV-7(h). On September 29, 2026, I conferred by email with Glenn Bellamy, counsel for Plaintiffs ABC IP, LLC, et al., who confirmed that Plaintiffs do not oppose the relief requested in this motion. The motion is therefore unopposed.

*/s/ John M. Skeriotis*
John M. Skeriotis