**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |

**ORDER GRANTING MOTION TO WITHDRAW**

Pending before the Court is Defendant Steven Thanh Nguyen, d/b/a Polymer Pew counsel's Unopposed Motion to Withdraw (Dkt. #75). Having considered the motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that John M. Skeriotis and Sergey Vernyuk of Emerson, Thomson & Bennett, LLC are WITHDRAWN as counsel of record for Defendant Steven Thanh Nguyen, d/b/a Polymer Pew. The Clerk is directed to terminate electronic notice to withdrawing counsel as to this Defendant only.

**IT IS SO ORDERED.**

**SIGNED this 1st day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE